IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

    Cr. No. 04-20221-D

AMALIA L. MARCELLA,

    Defendant.

---

ORDER GRANTING MOTION TO AMEND BOND CONDITIONS

---

IT APPEARING TO THIS COURT THAT upon statements of counsel, the filed motion of the Defendant, there being no objections from the government, and for good cause shown, that the motion to amend bond conditions, and permitting the Defendant to travel to Mississippi and the New York City area for work related purposes is well-taken and should be GRANTED

HONORABLE BERNICE B. DONALD
DATE: May 31, 2005

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 6-9-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 36 in case 2:04-CR-20221 was distributed by fax, mail, or direct printing on June 9, 2005 to the parties listed.

---

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Mary Catherine Jermann
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Doris A. Randle-Holt
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT