UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY /br/ D.C.

05 JUL 14 PM 3:28

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN MEMPHIS

UNITES STATES OF AMERICA,

    Plaintiff,

v.                                        Cr. No. 04-20221-D

AMALIA L. MARCELLA,

    Defendant.

### ORDER GRANTING DEFENDANT'S MOTION
### TO RESET REPORT DATE

For good cause shown, and without objection by the government, the report date in this matter currently set for Thursday, July 21, 2005, is hereby **RESET** for August 25, 2005 at 9:00 AM.

It is so **ORDERED**, this the 13 day of July, 2005.

**HONORABLE BERNICE B. DONALD**
**UNITED STATES DISTRICT COURT JUDGE**

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 7/15/05

39



# Notice of Distribution

This notice confirms a copy of the document docketed as number 39 in case 2:04-CR-20221 was distributed by fax, mail, or direct printing on July 15, 2005 to the parties listed.

---

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Doris A. Randle-Holt
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Mary Catherine Jermann
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT