FILED BY _____ D.C.

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 OCT 26 AM 10: 19

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

UNITES STATES OF AMERICA,

    Plaintiff,

v.                                                             Cr. No. 04-20221-D

AMALIA L. MARCELLA,

    Defendant.

## ORDER GRANTING DEFENDANT'S MOTION
## TO CONTINUE CHANGE OF PLEA DATE

For good cause shown, and without objection from the government, the change of plea hearing in this matter, currently set for Wednesday, October 26, 2005, is hereby **RESET** for __Tuesday, November 8__, 2005. at 1:15 P.M.

It is so **ORDERED**, this the 25th day of October, 2005.

_____
HONORABLE BERNICE B. DONALD
UNITED STATES DISTRICT COURT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 10-26-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 48 in case 2:04-CR-20221 was distributed by fax, mail, or direct printing on October 26, 2005 to the parties listed.

---

Mary Catherine Jermann
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Doris A. Randle-Holt
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT